FILED
2012 Feb-15 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DOUGLAS WHATLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2:09-cv-01552-RDP** |
| ) | |
| **SLOSS INDUSTRIES,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

On January 12, 2012, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On January 26, 2012, Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. On February 9, 2012, Defendant filed a response to Plaintiff's objections.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, Plaintiff's objections thereto and Defendant's response to Plaintiff's objections, the court hereby **ADOPTS** the Report of the Magistrate

Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge that Defendant's Motion for Summary Judgment be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this ____15th____ day of February, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE